IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMAS PROPERTIES, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMALGAMATED BANK, Individually | : | |
| and as Trustee of Longview Ultra | : | |
| Construction Loan Investment Fund, | : | No. 09-5779 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **3rd** day of **August, 2010**, upon consideration of Plaintiffs' Motion for Partial Summary Judgment, Defendant's Motion for Summary Judgment, all responses thereto, and all replies thereon, and for the reasons stated in this Court's Memorandum dated August 3, 2010, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 35) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 38) is **GRANTED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**